All future discovery filings shall
Include the following language
on the cover page:
"[Referred to Magistrate Judge
Suzanne H. Segal]"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY RADIN, | Case No. CV 10-08838 JAK (SSx) |
| Plaintiff, | Assigned to Hon. John A. Kronstadt |
| vs. | |
| DARLENE HUNT, SHOWTIME NETWORKS INC., a Delaware corporation, | [~~PROPOSED~~] **STIPULATED PROTECTIVE ORDER** |
| Defendants. | Complaint Filed: 11/17/10 |

The Court approves the foregoing Protective Order submitted by the parties, and its terms shall govern all information disclosed and documents and data produced in this action.

Dated: 7/17/11            /S/ Suzanne H. Segal_____
                          Honorable Suzanne H. Segal
                          United States Magistrate Judge

**IT IS SO ORDERED.**