1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| NANCY RADIN, | Case No. CV 10-08838 JAK (SSx) |
| Plaintiff, | Assigned to Hon. John A. Kronstadt |
| vs. | |
| DARLENE HUNT, SHOWTIME NETWORKS INC., a Delaware Corporation, | **[PROPOSED] JUDGMENT** |
| | Complaint Filed:   11/17/10 |
| Defendants. | |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2166906.1
208491-10008

[Proposed] Judgment
Case No. CV 10-08838 JAK (SSx)

The Motion for Summary Judgment ("Motion") submitted by Defendants DARLENE HUNT AND SHOWTIME NETWORKS INC. came on regularly for decision before the Honorable John A. Kronstadt, U.S. District Judge, and the submissions of the parties having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

IT IS HEREBY ORDERED AND ADJUDGED AND DECREED that Plaintiff's claim is hereby dismissed with prejudice and that Defendants shall recover their costs from Plaintiff.

Dated: _____, 2011

_____
Honorable John A. Kronstadt
U.S. District Court Judge

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2166906.1
208491-10008

1

[Proposed] Judgment
Case No. CV 10-08838 JAK (SSx)