UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY RADIN, | Case No. CV 10-08838 JAK (SSx) |
| Plaintiff, | Assigned to Hon. John A. Kronstadt |
| vs. | |
| DARLENE HUNT, SHOWTIME NETWORKS INC., a Delaware Corporation, | **AMENDED JUDGMENT** |
| | Complaint Filed:   11/17/10 |
| Defendants. | |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2209535.1
208491-10008

[Proposed] Amended Judgment
Case No. CV 10-08838 JAK (SSx)

1  The Motion for Summary Judgment, the Motion for Attorneys' Fees under the Copyright Act (17 U.S.C. § 505), and the Motions for Rule 11 sanctions submitted by Defendants DARLENE HUNT AND SHOWTIME NETWORKS INC. came on regularly for decision before the Honorable John A. Kronstadt, U.S. District Judge, and the submissions of the parties having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

IT IS HEREBY ORDERED AND ADJUDGED AND DECREED that Plaintiff's claim is hereby dismissed with prejudice and that Defendants shall recover their costs from Plaintiff in the amount of one thousand two hundred sixty eight dollars and forty five cents ($1,268.45);

IT IS HEREBY ORDERED AND ADJUDGED AND DECREED that Plaintiff must pay to Defendants attorneys' fees in the amount of thirty four thousand nine hundred seventy five dollars ($34,975.00); and

IT IS HEREBY ORDERED AND ADJUDGED AND DECREED that Defendants' motions for Rule 11 sanctions are denied.

Dated:  March 27, 2012

_____
Honorable John A. Kronstadt
U.S. District Court Judge